■ EMERGENCY ENCLOSURES, INC., Respondent, v NATIONAL FIRE ADJUSTMENT CO., INC., Appellant, et al., Defendant. (Ap-

peal No. 2.) [890 NYS2d 876]—

Same memorandum as in *Emergency Enclosures, Inc. v National Fire Adj. Co., Inc.* (68 AD3d 1658 [2009]). Present—Martoche, J.P., Peradotto, Green and Pine, JJ.